UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                          CASE NO.  07-17651-BKC-RAM
GISELA C GONZALEZ

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

(XX) The trustee has a balance of $ 1,379.43 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $     .00   remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE,  your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: _____JUL 2 3 2010_____            _____

                                        NANCY N. HERKERT
                                        CHAPTER 13 TRUSTEE

Copies to:

GISELA C GONZALEZ
8707 SW 152 AVENUE
# 331
MIAMI, FL 33193

EFRAIN CORTES, ESQUIRE
POST OFFICE BOX 590173
FT. LAUDERDALE, FL 33359

AMERICA'S SERVICING COMPANY
ATTN:BANKRUPTCY DEPT
ONE HOME CAMPUS, MAC# X2501-01D
DES MOINES, IA 50328

AMERICA'S SERVICING COMPANY
ATTN:BANKRUPTCY DEPT
ONE HOME CAMPUS, MAC# X2501-01D
DES MOINES, IA 50328

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   07-17651-BKC-RAM
GISELA C GONZALEZ


                                    CHAPTER 13


GISELA C GONZALEZ

8707 SW 152 AVENUE
# 331
MIAMI, FL 33193

EFRAIN CORTES, ESQUIRE
POST OFFICE BOX 590173
FT. LAUDERDALE, FL 33359


AMERICA'S SERVICING COMPANY    ---------$      1,171.70
ATTN:BANKRUPTCY DEPT
ONE HOME CAMPUS,MAC# X2501-01D    RETURNED FROM CREDITOR
DES MOINES, IA 50328             BECAUSE CASE DISMISSED
                                 CLAIM REGISTER #_____2_____
AMERICA'S SERVICING COMPANY    ---------$      207.73
ATTN:BANKRUPTCY DEPT
ONE HOME CAMPUS,MAC# X2501-01D    RETURNED FROM CREDITOR
DES MOINES, IA 50328             BECAUSE CASE DISMISSED
                                 CLAIM REGISTER #_____2_____

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130