UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:   CASE NO. 07-17651-BKC-RAM
GISELA C GONZALEZ

JUL 26 2010

CHAPTER 13   CLERK
U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

R # 286714

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 408.83 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 3 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

GISELA C GONZALEZ
8707 SW 152 AVENUE
# 331
MIAMI, FL 33193

EFRAIN CORTES, ESQUIRE
POST OFFICE BOX 590173
FT. LAUDERDALE, FL 33359

AMERICA'S SERVICING COMPANY
MAC# X7801-014
3476 STATE VIEW BLVD.
FORT MILL, SC 29715

AMERICA'S SERVICING COMPANY
MAC# X7801-014
3476 STATE VIEW BLVD.
FORT MILL, SC 29715

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO.   07-17651-BKC-RAM
GISELA C GONZALEZ

                                                CHAPTER 13


GISELA C GONZALEZ

8707 SW 152 AVENUE
# 331
MIAMI, FL 33193

EFRAIN CORTES, ESQUIRE
POST OFFICE BOX 590173
FT. LAUDERDALE, FL 33359


AMERICA'S SERVICING COMPANY          ----------$            359.38
MAC# X7801-014
3476 STATE VIEW BLVD.                RETURNED FROM CREDITOR
FORT MILL, SC 29715                  BECAUSE CASE DISMISSED
                                     CLAIM REGISTER #_____13_____

AMERICA'S SERVICING COMPANY          ----------$             49.45
MAC# X7801-014
3476 STATE VIEW BLVD.                RETURNED FROM CREDITOR
FORT MILL, SC 29715                  BECAUSE CASE DISMISSED
                                     CLAIM REGISTER #_____13_____

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130